437 A.2d 935

**COMMONWEALTH of Pennsylvania**

v.

**Joseph BOWEN, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1981.

Decided Dec. 17, 1981.

Hugh C. Clark, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Michele Goldfarb Lehr, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.